UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHAN RIENSCHE, individually and on behalf of all the members of the class of persons similarly situated,

Plaintiffs,

v.

CINGULAR WIRELESS LLC, a Delaware limited liability company, d/b/a Cingular Wireless, NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation d/b/a AT&T Wireless, NEW CINGULAR WIRELESS SERVICES PURCHASING COMPANY, L.P., a Delaware limited partnership, d/b/a Cingular Wireless and NEW CINGULAR WIRELESS PCS, LLC, a Delaware limited liability company, d/b/a Cingular Wireless

Defendants.

Case No. C06-1325TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF NATHAN RIENSCHE , and on behalf of DEFENDANTS in the amount of $3,621.14 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEE | $350.00 | 0 | $350.00 |
| II. SERVICE FEE | $70.00 | $70.00 | 0 |

Cost incurred to serve subpoena on Mr. Peck is not taxable.

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. TRANSCRIPT COSTS | $5,410.69 | $2,139.55 | $3,271.14 |

Clerk allowed costs incurred for stenographic transcripts of depositions actually used by either party. Costs for video production of depositions were not allowed since they were not actually used by the court. Cost to produce transcript of court proceeding was allowed.

Dated this ___2nd___ day of NOVEMBER, 2009.

Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2